AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>MARTIN XOLETL SILVA<br><br>*Defendant* | Case No. 25-mj-1353 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 30, 2025, in the County of Erie, in the Western District of New York, the defendant, MARTIN XOLETL SILVA, an alien, did knowingly commit the offense of possession of a forged, counterfeit, altered, and falsely made alien registration receipt card knowing it to be counterfeited, in violation of Title 18, United States Code, Section 1546(a).

This Criminal Complaint is based on these facts:

☒   Continued on the attached sheet.

*Complainant's signature*

DANIEL A. WHITTEN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me and signed telephonically.

Date: September 4, 2025

*Judge's signature*

City and State:  Buffalo, New York

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTRY OF ERIE      )   SS:
CITY OF BUFFALO      )

Daniel A. Whitten, being duly sworn deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection ("CBP"), within the Department of Homeland Security ("DHS"), and have been so employed for the past 16 years. Prior to that, I was employed by the same Agency, in a similar capacity, for 5 years. In such capacity, my duties include investigating individuals suspected of violating Federal immigration laws and other related Federal statutes and crimes.

2. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 18, United States Code, Section 1546(a).

3. I make this affidavit in support of the annexed criminal complaint charging Martin XOLETL SILVA , hereinafter referred to as the "Defendant," an alien, not a citizen or national of the United States, born in 1973, in Mexico, with knowingly possessing an alien registration receipt card, which is prescribed by statue or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be counterfeited, in violation of Title 18, United States Code, Section 1546(a).

4.      The statement contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provide to by other law enforcement officers.  Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint.  I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the Defendant did knowingly violate Title 18, United States Code, Section 1546(a).

## PROBABLE CAUSE

5.      At approximately 10:47 a.m. on August 30, 2025, at the Peace Bridge Port of Entry in Buffalo, New York, in the Western District of New York, officers of U.S. Customs and Border Protection encountered the Defendant.  The Defendant was the driver of an Ohio plated vehicle that made a wrong turn into the Peace Bridge complex, coming from the United States. The Defendant was referred to secondary to determine his immigration status in the United States.

6.      During the secondary inspection, the defendant's fingerprints were electronically searched. That search, along with electronic data base queries, failed to show any prior encounters with the United States Government, as it relates to immigration matters, with the Defendant.  The fingerprint search did show that the Defendant was arrested on 5/15/2015 in Brooklyn, OH for Falsification. The Defendant stated that he is a citizen of Mexico and entered the United States without inspection at some time in 1989. The Defendant is unlawfully present in the United States at this time.  CBP Officer M. Preyer

2

conducted the secondary inspection of the Defendant. During that inspection, Officer Oryer asked the Defendant if he had a wallet, and the Defendant reached into his back pocket and pulled out a brown wallet. Officer Pryer searched the wallet and discovered what appeared to be a United States alien registration receipt card, bearing the name Martin XOLETL SILVA, born September 9, 1973, and alien number 098-607-XXX. The document appeared to be of poor quality.

7.   On September 2, 2025, Customs and Border Protection Enforcement Officer Mark Jann and Homeland Security Investigations Special Agent Sean Pecuch interviewed the Defendant, with the assistance of a Spanish translator. The Defendant acknowledged that he understood his Miranda rights and agreed to make a statement. In that statement, the Defendant admitted that he knew the alien registration receipt card he possessed was fraudulent and that he obtained the card from someone he knew, a long time ago, and that he did not remember how much he paid for the card. The Defendant also admitted that he is a Mexican citizen and has no permission to be in the United States.

8.   Your affiant conducted electronic database queries, using biographical data contained on the alien registration receipt card, that was found in the defendant's possession. No records were discovered, as it relates to the name and date of birth on the card. The alien number listed on the card is assigned to a Mexican citizen, with a different name and date of birth, who has never been issued an alien registration receipt card. No records were found to indicate that the card found in the defendant's possession, was produced by the United States Government and issued to the Defendant. Upon reviewing the physical characteristics of the

I-551 found in the defendant's possession, and after reviewing electronic databases it appears, based on my training and experience, to be a counterfeited card.

WHEREFORE, I respectfully submit the foregoing facts to establish probable cause to believe that on August 30, 2025 Martin XOLETL SILVA, an alien, did knowingly possess an alien registration receipt card, which is prescribed by statue or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be counterfeited, in violation of Title 18, United States Code, Section 1546(a).

_____
DANIEL A. WHITTEN
Enforcement Officer
U.S. Customs and Border Protection

Sworn and subscribed to before me telephonically
on me this 4th day of September 2025.

_____
HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge

4